1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID BUCKLEY FENNEN,

11        Petitioner,                    No. CIV S-05-1776 GEB GGH P

12      vs.

13   A.P. KANE, Warden,

14        Respondent.                    ORDER

15   _____/

16        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  Petitioner

18   challenges his 2003 conviction for possession of a controlled substance in violation of Cal.

19   Health and Safety Code § 11378.

20        The petition raises one claim only: a violation of Blakely v. Washington, 542 U.S.

21   296, 124 S.Ct. 2531 (2004).  Blakely does not apply retroactively to a conviction that was final

22   before that decision was announced.  Schardt v. Payne, 414 F.3d 1025 (9th Cir. 2005).  According

23   to the petition, the California Supreme Court denied petitioner's petition for review in 2004.  In

24   order to determine whether Blakely is applicable to petitioner's conviction, the court must know

25   the date on which the California Supreme Court denied petitioner's petition for review.

26   /////

1

1     Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this

2   order, petitioner shall with the court a copy of the order by the California Supreme Court denying

3   his petition for review; if petitioner does not have that document, he shall file a short declaration

4   with the court to that effect.

5   DATED: 10/6/05

6

7                                                          /s/ Gregory G. Hollows

8                                                          GREGORY G. HOLLOWS
                                                           UNITED STATES MAGISTRATE JUDGE

9   GGH:bb
    fenn1776.100f

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2