BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
ALISON ELLE ALEMAN
Deputy Attorney General
State Bar No. 117566
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5164
  Fax: (916) 324-2960
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BUCKLEY FENNEN,**<br><br>                      Petitioner,<br><br>    v.<br><br>**A. P. KANE, Warden,**<br><br>                      Respondent. | CIV-S-05-1776 GEB GGH P<br><br>**ORDER** |

Respondent has filed a request to modify the briefing schedule.

    1. GOOD CAUSE APPEARING, it is hereby ordered that Respondent's request is hereby granted.

    2. The scheduling order is hereby modified for Respondent to file a response to the petition for writ of habeas corpus within thirty (30) days from the date of this order.

Dated: 4/18/06

                                                    /s/ Gregory G. Hollows
                                                    _____
                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

fen1776.mod(2)