IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BUCKLEY FENNEN,

    Petitioner,                    No. CIV S-05-1776 GEB GGH P

    vs.

A.P. KANE, Warden,

    Respondent.               ORDER

_____/

    Respondent has filed a request to modify the briefing schedule.

    1. GOOD CAUSE APPEARING, it is hereby ordered that respondent's request is hereby granted.

    2. The scheduling order is hereby modified for respondent to file a response to the petition for writ of habeas corpus within four (4) days from the date of this order.

DATED: 6/2/06

                                      /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

fen1776.eot(3)