IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BUCKLEY FENNEN,

    Petitioner,                                  No. CIV S-05-1776 GEB GGH P

    vs.

A.P. KANE, et al.,

    Respondents.                       ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        When petitioner filed this action he was incarcerated in state prison. On October 16, 2006, petitioner filed a notice of change of address stating that he has been released on parole.

        A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition. Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1984). Where the petitioner is on probation or parole, the proper respondent is his probation or parole officer and the official in charge of the parole or probation agency or the state correctional agency. Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996). Failure to name the petitioner's custodian as a respondent deprives federal courts of personal jurisdiction.

1

1 Stanley, 21 F.3d at 360.

2       Because petitioner is on parole, the proper respondent is his parole officer and the
3 official in charge of the parole agency or the state correctional agency.

4       Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this
5 order, petitioner shall inform the court of the name of his parole officer and the official in charge
6 of the parole agency.

7 DATED: 2/15/07

                                  /s/ Gregory G. Hollows

8                                   GREGORY G. HOLLOWS
9                                   UNITED STATES MAGISTRATE JUDGE

11 fen1776.ord